IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**TEN: THE ENTHUSIAST NETWORK MAGAZINES, LLC D/B/A MOTOR TREND,**<br><br>*Defendant.* | Civil Action No. 2:17-cv-00030-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **SYMBOLOGY INNOVATIONS, LLC**<br><br>*Plaintiff*,<br><br>v.<br><br>**SMART, LLC D/B/A SMART TUITION,**<br><br>*Defendant.* | Civil Action No. 2:17-cv-00027-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Symbology Innovations, LLC's Unopposed Motion for Dismissal with Prejudice as to Defendant Smart, LLC (Dkt. No. 27) ("the Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that all claims asserted in this action between Plaintiff Symbology Innovations, LLC and Defendant Smart, LLC are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

2

**So ORDERED and SIGNED this 9th day of June, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE